TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00026-CV

Fernando Miguel Rios, Jr., Appellant

v.

Daphne Rios, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT

NO. 495,460, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. We grant the motion and
dismiss this appeal. See Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Appellant's Motion

Filed: May 13, 1999

Do Not Publish